UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 3:06-cr-255-J-33TEM

DARIUSZ STANLEY BARANSKI

### NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by Robert E. O'Neill, United States Attorney for the Middle District of Florida, hereby respectfully requests the Clerk of Court to substitute the undersigned Special Assistant United States Attorney as government counsel for Assistant United States Attorney Michael Gallagher.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

*s/ Ronald D. DeSantis*
RONALD D. DESANTIS
Special Assistant United States Attorney
FL Bar 0015976
300 North Hogan Street, Suite 700
Jacksonville, Florida  32202-4270
Telephone:   (904) 301-6300
Facsimile:    (904) 301-6310
E-mail:        ron.desantis@usdoj.gov

U.S. v. Baranski                                                    Case No. 3:06-cr-255-J-33TEM

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2006, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    W. Alan Winter, Esquire (Defense Counsel)

    *s/ Ronald D. DeSantis*
    RONALD D. DESANTIS
    Special Assistant United States Attorney
    FL Bar 0015976
    300 North Hogan Street, Suite 700
    Jacksonville, Florida  32202-4270
    Telephone:   (904) 301-6300
    Facsimile:   (904) 301-6310
    E-mail:      ron.desantis@usdoj.gov